**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CLAUDIA LUJAN, individually and on behalf of
O.S., a minor child, MIGUEL DE HARO, individually,
and on behalf of M.D.H., a minor child, FABIOLA VILLEGAS,
individually, and on behalf of a minor child, L.R.,
JULIANA ARMENDARIZ, individually, and on behalf of minor child H.M.

Plaintiffs,

vs. Civ. No. 1:25-cv-00840-KG/DLM

SCOTT ELDER, LILY GELABERT,
And ALBUQUERQUE PUBLIC SCHOOLS,

Defendants.

**ORDER GRANTING STIPULATED MOTION TO SEAL**

THIS MATTER having come before the Court on the Stipulated Motion to Seal Proceedings and Report of the Guardian Ad Litem [Doc. 77], the Court being fully advised in the premises, hereby FINDS that the motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that the Guardian *Ad Litem* Report(s) and Certificate(s), including exhibits, the recording, transcript, and settlement approval hearing, and any Order concerning the settlement of the minors' claims in this matter are to be filed under seal.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Approved:**

*<u>/s/ Jennifer G. Anderson</u>*
Jennifer G. Anderson
Celina C. Baca
P. O. Box 2168
Albuquerque, NM 87103-2168
Tel: (505) 848-1800
jga@modrall.com
celina.baca@modrall.com
*Attorneys for Defendants APS and Elder*

*<u>Approved via e-mail 11/19/26</u>*
Roxie P. DeSantiago
Walsh Gallegos Kyle Robinson
& Roalson, PC
500 Marquette Ave. NW Suite 1310
Albuquerque, NM 87102
Tel: (505) 243-6864
rdesantiago@wabsa.com
*Attorneys for Defendant Lily Gelabert*

*<u>Approved via e-mail 11/17/26</u>*
Frank T. Davis
DAVIS LAW GROUP
924 Park Ave. NW, Suite D
Albuquerque, NM 87102
frank@davislegal.com

Bill Russell
The Law Offices of Cameron & Russell
6311 Montano Rd. NW
Albuquerque, NM 87120
Tel: (505) 218-7844
bill@crlawnm.com
*Attorneys for Plaintiff*

*<u>Approved via e-mail 11/17/26</u>*
Scott Atkinson
Atkinson Law Firm, LTD
9400 Holly Ave NE, Bldg 4
Albuquerque, NM 87122
atkinsonlaw4242@gmail.com
*Guardian Ad Litem*